IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**                    CR. NO.  H-10-500

v.

**ROBERT DANIEL HEARN**

<u>DEFENDANT'S OPPOSITION
TO GOVERNMENT'S MOTION FOR LEAVE TO DISMISS</u>

    The defendant, Robert Daniel Hearn, opposes the Government's Motion for Leave to Dismiss the remaining counts of the indictment against him.  He is prepared for trial on these pending charges.

                Respectfully submitted,

                MARJORIE A. MEYERS
                Federal Public Defender
                Southern District of Texas
                Texas State Bar No. 14003750
                Southern District of Texas No. 3233

                By <u>/s Philip G. Gallagher</u>
                PHILIP G. GALLAGHER
                Assistant Federal Public Defender
                Attorney in Charge
                New Jersey State Bar ID No. 2320341
                Southern District of Texas No. 566458
                Attorneys for Defendant
                440 Louisiana, Suite 1350
                Houston, TX  77002-1669
                    Telephone:  (713) 718-4600
                    Facsimile:  (713) 718-4610

## **CERTIFICATE OF SERVICE**

I certify that on April 1, 2011, a copy of the foregoing was served by Notification of Electronic Filing upon all parties of record.

/s Philip G. Gallagher
PHILIP G. GALLAGHER
